UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Natasha York ; Gery Pearson, Individually and on Behalf of all Others Similarly Situated**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Dave & Busters, Inc. ; Dave & Busters Management Corporation, Inc.**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Don J. Foty , Attorney (**Natasha York ; Gery Pearson, Individually and on Behalf of all Others Similarly Situated **)**
**Hodges & Foty, LLP**
**4409 Montrose Blvd, Suite 200**
**Houston, Texas  77006**
**713-523-0001**


**Anthony J. Lazzaro**
**The Lazzaro Law Firm, LLC**
**34555 Chagrin Blvd, Suite 250**
**Moreland Hills, Ohio  44002**
**216-696-5000**


**Lori M. Griffin**
**The Lazarro Law Firm, LLC**
**3455 Chagrin Blvd, Suite 250**
**Moreland Hills, Ohio  44022**
**216-696-5000**

Defendant's Atty(s):

---

<u>II. Basis of Jurisdiction</u>:          3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**

Defendant:- **N/A**

<u>IV. Origin</u> :	1. Original Proceeding

<u>V. Nature of Suit</u>:	**710 Fair Labor Standards Act**

<u>VI.Cause of Action:</u>	**29 U.S.C. § 201 (Fair Labor Standards Act of 1938); Failure to pay minimum wage.**

<u>VII. Requested in Complaint</u>

     Class Action: **Yes**
     Dollar Demand:
     Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>/s/ Don J. Foty</u>

 **Date:** <u>06/29/2021</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**