# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natasha York, *et al.*, | No. CV-21-01130-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Dave & Buster's Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Dismissal with Prejudice (Doc. 41), and good cause appearing,

**IT IS HEREBY ORDERED** lifting the stay and granting the Stipulation (Doc. 41). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 5th day of October, 2023.

Honorable John J. Tuchi
United States District Judge